UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**Allen Preston Summers and**
**Wanda Faye Summers**,

Case No.: 25-80254

Soc. Sec. Nos. xxx-xx-3165 & xxx-xx-5053
Mailing Address: 2183 Elliott Street, Oxford, NC 27565-

Chapter 13

Debtors.

### AFFIDAVIT REGARDING SERVICE OF PLAN

I, Charlene Ennemoser, certify that on 10/27/25, a copy of the **Chapter 13 Plan** was served on each of the creditors listed in subsections 4.1(d), 4.2(d) or 4.3(e) of the Chapter 13 Plan, as follows:

By regular, **first class United States mail**, postage fully pre-paid, upon the following creditors:

Non-FDIC corporate, partnership and doing-business-as creditors (addresses verified on the NC Secretary of State website) served:

Conn Credit Corporation, Inc.
Attn: Officer
C/O CT Corporation System
160 Mine Lake Court, Suite 200
Raleigh, NC 27615

Other non-FDIC creditors served:

Summit Credit Union
Attn: Officer
8210 West Market Street
Greensboro, NC 27409-

and by regular, **first class United States mail**, postage fully pre-paid, upon the following parties:

All other creditors listed on the attached mailing matrix. (updated to include the mailing address listed on any and every proof of claim already filed in this case)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: 10/27/25

/s Charlene Ennemoser

Charlene Ennemoser

CertificateOfService.wpt (rev. 7/4/18)

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Experian
P.O. Box 2002
Allen, TX 75013-2002

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Internal Revenue Service (MD)**
PO Box 7346
Philadelphia, PA 19101-7346

US Attorney's Office  (MD)**
101 S. Edgeworth Street, 4th floor
Greensboro, NC 27401

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

North Carolina Dept. of Revenue**
Post Office Box 1168
Raleigh, NC 27602-1168

Aidvantage
1891 Metro Center Drive
Reston, VA 20190

Ally Financial **
Attn: Officer
Post Office Box 130424
Roseville, MN 55113-0004

American Honda Finance
Post Office Box 168128
Suite 230
Irving, TX 75016

Aspire
5 Concourse Parkway
Atlanta, GA 30328

Capital One *****
Post Office Box 85015
Richmond, VA 23285-5075

Charter Communications
AKA Spectrum
400 Atlantic Street, 10th Floor
Stamford, CT 06901

Citicards **
Customer Service
Post Office Box 6500
Sioux Falls, SD 57117

Comenity Bank*** Wayfair
Attn: Bankruptcy Dept.
Post Office Box 182125
Columbus, OH 43218-2125

Concora Credit
Post Office Box 4477
Beaverton, OR 97076

Conn Credit Corporation
C/O CT Corporation System
Attn: Officer or Managing Agent
160 Mine Lake Ct Ste 200
Raleigh, NC 27615

Conn's Credit Co. **
Attn: Officer
3295 College Street
Beaumont, TX 77701-4611

Continental Finance
4550 New Linden Hill Road
Wilmington, DE 19808

Credit One Bank, N.A. ****
Post Office Box 98873
Las Vegas, NV 89193-8873

Duke Health
5213 South Alston Avenue
Durham, NC 27713

Fingerhut Credit Account Service***
c/o Web Bank
Post Office Box 1250
Saint Cloud, MN 56395-1250

Foxcroft Homeowners Association, Inc.
ATTN Officer
4125- G Walker Avenue
Greensboro, NC 27407

Freedom Mortgage **
Attn: Officer
PO Box 50428
Indianapolis, IN 46250

Granville County Tax Office
141 Williamsboro St.
PO BOX 219
Oxford, NC 27565

Harris & Harris, Ltd.
111 West Jackson Blvd.
Suite 400
Chicago, IL 60604-4135

Harris & Harris, Ltd.
Post Office Box 5598
Chicago, IL 60680-5598

Internal Revenue Service (MD)**
Post Office Box 7346
Philadelphia, PA 19101-7346

Jefferson Capital Systems, LLC**
Post Office Box 772813
Chicago, IL 60677-2813

Mariner Finance ***
Attn: Officer
8211 Town Center Drive
Nottingham, MD 21236-5904

Mercury Card Services
Post Office Box 84064
Columbus, GA 31908

Merrick Bank ***
Customer Service
Post Office Box 9201
Old Bethpage, NY 11804-9201

Midland Credit Management****
Attn: Consumer Support Services
320 E Big Beaver Rd, Ste 300
Troy, MI 48083

Milestone**
Bankcard Services
Post Office Box 4499
Beaverton, OR 97076-4499

OneMain Baltimore *
100 International Drive
16th Floor
Baltimore, MD 21202-4673

OneMain Evansville
601 NW 2nd Street 15th Fl
Evansville, IN 47706

Plus Finance
Post Office Box 9203
Old Bethpage, NY 11804

Portfolio Recovery Associates, LLC*
Disputes Department
140 Corporate Boulevard
Norfolk, VA 23502

Prosper
221 Main Street Ste 300
San Francisco, CA 94105

Santander Consumer USA **
Attn: Officer/Bankruptcy Dept.
Post Office Box 560284
Dallas, TX 75356-0284

Spring Oaks Capital LLC
Post Office Box 1216
Chesapeake, VA 23327

Summit Credit Union
Attn: Officer
8210 West Market Street
Greensboro, NC 27409

Summit Credit Union (RA)
c/o Samuel W Whitehurst, CEO
8210 W Market St
Greensboro, NC 27409

Synchrony Bank (Bankruptcy Notice)
Attn: Bankruptcy Department
Post Office Box 965061
Orlando, FL 32896-5061

The Bank of Missouri
Post Office Box 400
Dixon, MO 65459

The Honorable Pam Bondi
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

Truist Bank
ATTN Officer
Post Office Box 849
Wilson, NC 27894

US Department of Education***
400 Maryland Avenue, SW
Washington, DC 20202

WebBank
Post Office Box 5018
Timonium, MD 21094