UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
Allen Preston Summers and
Wanda Faye Summers,

Case No.: 25-80254

Soc. Sec. Nos. Xxx-xx-3165 & xxx-xx-5053
Mailing Address: 2183 Elliott Street, Oxford, NC 28565

Chapter 13

Debtor.

**AFFIDAVIT REGARDING SERVICE OF PLAN**

I, Angel West, certify that on 1/13/26, a copy of the **chapter 13 Plan** was served on each of the following creditors by **regular, first class United States mail**,, postage fully pre-paid, upon the following creditors::

Conn Credit Corporation, Inc.
Attn: Officer
C/O CT Corporation System
160 Mine Lake Court, Suite 200
Raleigh, NC 27615

Summit Credit Union
Attn: Officer
8210 West Market Street
Greensboro, NC 27409-

Orangeburg County Tax Assessor
Attn: Officer
1437 Amelia Street
Orangeburg, SC 29115

All other creditors listed on the attached mailing matrix. (updated to include the mailing address listed on any and every proof of claim already filed in this case)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: January 13, 2026

/s Angel West

Angel West

CertificateOfServiceAmended.wpt (rev. 1/13/20)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0418-1<br>Case 25-80254<br>Middle District of North Carolina<br>Durham<br>Tue Jan 13 09:43:16 EST 2026 | Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Freedom Mortgage Corporation<br>11988 Exit 5 Pkwy<br>Bldg 4<br>Fishers, IN 46037-7939 |
| Durham<br>101 S. Edgeworth St.<br>Greensboro, NC 27401-6024 | Aidvantage<br>1891 Metro Center Drive<br>Reston, VA 20190-5287 | Ally Bank<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Ally Financial **<br>Attn: Officer<br>Post Office Box 130424<br>Roseville, MN 55113-0004 | American Honda Finance<br>Post Office Box 168128<br>Suite 230<br>Irving, TX 75016-8128 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 |
| Aspire<br>5 Concourse Parkway<br>Atlanta, GA 30328-5350 | (p)BROCK & SCOTT  PLLC<br>6701 CARMEL ROAD SUITE 315<br>CHARLOTTE NC 28226-4035 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Charter Communications<br>AKA Spectrum<br>400 Atlantic Street, 10th Floor<br>Stamford, CT 06901-3512 | Citicards **<br>Customer Service<br>Post Office Box 6500<br>Sioux Falls, SD 57117-6500 | Comenity Bank*** Wayfair<br>Attn: Bankruptcy Dept.<br>Post Office Box 182125<br>Columbus, OH 43218-2125 |
| Concora Credit<br>Post Office Box 4477<br>Beaverton, OR 97076-4401 | Conn Credit Corporation<br>C/O CT Corporation System<br>Attn: Officer or Managing Agent<br>160 Mine Lake Ct Ste 200<br>Raleigh, NC 27615-6417 | Conn's Credit Co. **<br>Attn: Officer<br>3295 College Street<br>Beaumont, TX 77701-4611 |
| (p)CONTINENTAL FINANCE COMPANY<br>PO BOX 3220<br>BUFFALO NY 14240-3220 | Credit One Bank, N.A. ****<br>Post Office Box 98873<br>Las Vegas, NV 89193-8873 | Cross River Bank<br>c/o Turnstile Capital Management, LLC<br>PO BOX 88740<br>Sioux Falls, SD 57109-8740 |
| Duke Health<br>5213 South Alston Avenue<br>Durham, NC 27713-4430 | Duke University Health System<br>PO Box 110566<br>Durham, NC 27709-5566 | Employment Security Commission<br>Attn: Benefit Payment Control<br>Post Office Box 26504<br>Raleigh, NC 27611-6504 |
| (p)EQUIFAX  INC<br>1550 Peachtree Street NE<br>Atlanta, GA 30309 | Experian<br>P.O. Box 2002<br>Allen, TX 75013-2002 | Fingerhut Credit Account Service***<br>c/o Web Bank<br>Post Office Box 1250<br>Saint Cloud, MN 56395-1250 |
| Foxcroft Homeowners Association, Inc.<br>ATTN Officer<br>4125- G Walker Avenue<br>Greensboro, NC 27407-1342 | Freedom Mortgage **<br>Attn: Officer<br>PO Box 50428<br>Indianapolis, IN 46250-0401 | Freedom Mortgage Corporation<br>11988 Exit 5 Pkwy<br>Bldg 4<br>Fishers, Indiana 46037-7939 |

(p)GRANVILLE COUNTY TAX OFFICE
PO BOX 219
OXFORD NC 27565-0219

Harris & Harris, Ltd.
111 West Jackson Blvd.
Suite 400
Chicago, IL 60604-4135

Harris & Harris, Ltd.
Post Office Box 5598
Chicago, IL 60680-5545

Internal Revenue Service (MD)**
PO Box 7346
Philadelphia, PA 19101-7346

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Jefferson Capital Systems, LLC**
Post Office Box 772813
Chicago, IL 60677-2813

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MARINER FINANCE
8110 Corporate Drive
Nottingham, MD 21236-5034

Mariner Finance ***
Attn: Officer
8211 Town Center Drive
Nottingham, MD 21236-5904

Mercury Card Services
Post Office Box 84064
Columbus, GA 31908-4064

Merrick Bank
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Merrick Bank ***
Customer Service
Post Office Box 9201
Old Bethpage, NY 11804-9001

Midland Credit Management****
Attn: Consumer Support Services
320 E Big Beaver Rd, Ste 300
Troy, MI 48083-1271

Milestone**
Bankcard Services
Post Office Box 4499
Beaverton, OR 97076-4499

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

North Carolina Dept. of Revenue**
Post Office Box 1168
Raleigh, NC 27602-1168

OneMain
PO Box 3251
Evansville, IN 47731-3251

OneMain Baltimore *
100 International Drive
16th Floor
Baltimore, MD 21202-4673

OneMain Evansville
601 NW 2nd Street 15th Fl
Evansville, IN 47708-1013

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Plus Finance
Post Office Box 9203
Old Bethpage, NY 11804-9003

(p)PROSPER MARKETPLACE INC
221 MAIN STREET STE 300
SAN FRANCISCO CA 94105-1909

Quantum3 Group LLC as agent for Concora Cred
PO Box 788
Kirkland, WA 98083-0788

Santander Consumer USA **
Attn: Officer/Bankruptcy Dept.
Post Office Box 560284
Dallas, TX 75356-0284

Santander Consumer USA Inc
P.O. Box 961245
Fort Worth, TX 76161-0244

(p)SPRING OAKS CAPITAL  LLC
1400 CROSSWAYS BLVD STE 100B
CHESAPEAKE VA 23320-0207

Summit Credit Union
Attn: Officer
8210 West Market Street
Greensboro, NC 27409-9679

Summit Credit Union (RA)
c/o Samuel W Whitehurst, CEO
8210 W Market St
Greensboro, NC 27409-9679

Synchrony Bank (Bankruptcy Notice)
Attn: Bankruptcy Department
Post Office Box 965061
Orlando, FL 32896-5061

The Bank of Missouri
Post Office Box 400
Dixon, MO 65459-0400

| | | |
|---|---|---|
| The Honorable Pam Bondi<br>U.S. Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530-0001 | Trans Union Corporation<br>P.O. Box 2000<br>Crum Lynne, PA 19022-2000 | Truist Bank<br>ATTN Officer<br>Post Office Box 849<br>Wilson, NC 27894-0849 |
| Truist Bank<br>PO Box 1847 / 100-50-01-51<br>Wilson, NC 27894-1847 | U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530-0001 | US Attorney's Office  (MD)**<br>101 S. Edgeworth Street, 4th floor<br>Greensboro, NC 27401-6045 |
| US Department of Education***<br>400 Maryland Avenue, SW<br>Washington, DC 20202-0001 | Verizon by AIS InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | WebBank<br>Post Office Box 5018<br>Timonium, MD 21094-5018 |
| Allen Preston Summers<br>2183 Elliott Street<br>Oxford, NC 27565-6247 | Anita Jo Kinlaw Troxler<br>Greensboro Chapter 13 Office<br>500 W. Friendly Ave.<br>P.O. Box 1720<br>Greensboro, NC 27402-1720 | John Paul Hughes Cournoyer<br>U.S. Bankruptcy Administrator<br>101 South Edgeworth Street<br>Greensboro, NC 27401-6026 |
| Koury Lee Hicks<br>The Law Offices of John T. Orcutt<br>Suite D<br>1738 Hillandale Rd.<br>Durham, NC 27705-3097 | Wanda Faye Summers<br>2183 Elliott Street<br>Oxford, NC 27565-6247 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance Corporation<br>P.O. Box 168088<br>Irving, TX 75016-8088 | Brock and Scott, PLLC<br>Attorneys at Law<br>3825 Forrestgate Dr.<br>Winston-Salem, NC 27103 | Capital One *****<br>Post Office Box 85015<br>Richmond, VA 23285-5075 |
| Continental Finance<br>4550 New Linden Hill Road<br>Wilmington, DE 19808 | Equifax Information Systems LLC<br>P.O. Box 740241<br>Atlanta, GA 30374-0241 | Granville County Tax Office<br>141 Williamsboro St.<br>PO BOX 219<br>Oxford, NC 27565 |
| Jefferson Capital Systems, LLC<br>Po Box 7999<br>St. Cloud, MN 56302-961 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>NORFOLK, VA 23541 | (d)Portfolio Recovery Associates, LLC*<br>Disputes Department<br>140 Corporate Boulevard<br>Norfolk, VA 23502 |
| Prosper<br>221 Main Street Ste 300<br>San Francisco, CA 94105 | Spring Oaks Capital LLC<br>Post Office Box 1216<br>Chesapeake, VA 23327 | (d)Spring Oaks Capital SPV, LLC<br>PO BOX 1216<br>CHESAPEAKE, VA 23327-1216 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)AH4R Management - NC, LLC | (u)AMH 2015-2 Borrower, LP | (u)Ally Bank |

(d)Internal Revenue Service (MD)**
Post Office Box 7346
Philadelphia, PA 19101-7346

End of Label Matrix
Mailable recipients    73
Bypassed recipients     4
Total                  77